```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 30100
   ROY REED JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-3755


------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/05/2008 and was not confirmed.

     The case was dismissed without confirmation 01/22/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
ILLINOIS SECRETARY OF ST   SPECIAL CLASS NOT FILED         .00            .00
RJM ACQUISITIONS           UNSECURED       396.73          .00            .00
BANK ONE                   UNSECURED      1496.92          .00            .00
BALLYS TOTAL FITNESS       UNSECURED      2451.39          .00            .00
DANIEL M MOULTON           DEBTOR ATTY        .00                         .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------         --------------
TOTALS                        .00                     .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/05/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```